# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE VARGEM, et al., <br><br> Plaintiff, <br><br> v. <br><br> TAX DEFENSE PARTNERS, et al., <br><br> Defenants. | Lead Case No.: SA CV14-00826-JAK (ANx) <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE** <br><br> **JS-6** |

///

///

///

///

///

**Order**

1

1  Based on the Stipulation of counsel, the case is dismissed with
2  prejudice as to Plaintiffs Steve Vargem, Patrick Fairon and Sean Reynolds and
3  without prejudice as to the Putative Class, each party to bear its own attorneys'
4
5  fees and costs.

8  Date: June 2, 2015

_____
John A. Kronstadt
United States District Judge

**Order**

2